Robert M. Galvin  (SBN 171508)
  Robert.Galvin@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorney for Defendants*
*GENENTECH, INC.,*
*HOFFMANN-LA ROCHE INC.,*
*and CITY OF HOPE*

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CELLTRION, INC., CELLTRION HEALTHCARE CO., LTD., TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICALS INTERNATIONAL GmbH,<br><br>        Plaintiffs,<br><br>  v.<br><br>GENENTECH, INC., HOFFMANN-LA ROCHE INC., and CITY OF HOPE,<br><br>        Defendants. | **Case No. 3:18-cv-00274-WHO**<br><br>**NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANTS** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Robert M. Galvin (State Bar No. 171508) of Wilmer Cutler Pickering Hale and Dorr LLP hereby appears as counsel for Defendants Genentech, Inc., Hoffmann-La Roche Inc., and City of Hope in this action.  Pursuant to General Order 45 IV(c), counsel respectfully requests that he be included via email on the Court's notification of all electronic filings in this action at the following email address:  Robert.Galvin@wilmerhale.com.

Dated:  February 8, 2018

Respectfully submitted,

 */s/ Robert M. Galvin*
Robert M. Galvin  (SBN 171508)
  Robert.Galvin@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorney for Defendants*
*GENENTECH, INC.,*
*HOFFMANN-LA ROCHE INC.,*
*and CITY OF HOPE*